Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

_____ Division

| | |
|---|---|
| Juliana Estime | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| State of Rhode Island | ) |
| Biden-Harris Administration,  United States Equal | ) |
| Employment Opportunity Commission, | ) |
| United States Department of Justice/ FBI | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Juliana Estime |
| Street Address | 174 Windmill st |
| City and County | Providence |
| State and Zip Code | Rhode Island 02904 |
| Telephone Number | 617-580-7751 |
| E-mail Address | julianaestime2012@gmail.com- julianaestime00@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Daniel McKee, Governor |
| Job or Title *(if known)* | State of Rhode Island |
| Street Address | 1 Capitol Hill |
| City and County | Providence |
| State and Zip Code | Rhode Island  02908 |
| Telephone Number | 401-222-2000 |
| E-mail Address *(if known)* | Jade.E.Borgeson@doa.ri.gov |

Defendant No. 2

| | |
|---|---|
| Name | Biden-Harris Administration |
| Job or Title *(if known)* | Presidental Cabinent - Esq. Dana Remus |
| Street Address | 1600 Pennsylvania Avenue NW |
| City and County | Washington |
| State and Zip Code | DC 20500 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Charolette A Burrows, Kenneth An |
| Job or Title *(if known)* | Boston Field Office Director , and Equal Employment Opportunity |
| Street Address | 131 M Street, NE |
| City and County | Washington |
| State and Zip Code | DC 20507 |
| Telephone Number | 202-921-3191 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Chris Wray |
| Job or Title *(if known)* | Director, Federal Bureau of Investigation |
| Street Address | 935 Pennslyvania Avenue, NW |
| City and County | Washington |
| State and Zip Code | DC 20535 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Sherman Anti- Turst Act, 15 U.S.C. §1-38
Titles I and V of the Americans with Disabilities Act of 1990 (ADA) Pub. L. 101-336
42 U.S.C.§ 12203 Prohibition against retaliation and coercion
U.S. Constituiton  amend. IV Unlawful Search and Seizure
18 U.S.C. §249  Hate Crime
18 U.S.C. § 1503  Obstruction of Justice

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.    The Plaintiff(s)

      a.    If the plaintiff is an individual

         The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

      b.    If the plaintiff is a corporation

         The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

         _____ .

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.    The Defendant(s)

      a.    If the defendant is an individual

         The defendant,  *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plantiff is demanding an agregrate of $500 million after taxes not withstanding  after-discovered evidence and subject to change. The defendants owes this money for not only in sufferable mental anguish but knowingly with predjudice attempted to demean and discredit plantiff. Plantiff noticed that an estimate of 40 job offers did not respond or hire after the phone hijacking.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

workplace practices based on race. After seeking counsel and recieving advice from Legal Shield attroney, I was advised to apply for Benefits. In retaliation the Attorney General interfered with the adjudication hearing and not once issued unemployment benefits.  I retained numerous emails.
2.In February 7th, 2022 I recived an unknown call from Anthony De Pino regarding my case. The call shortly ended and he promptly issued me a draft containing several typographical errors as well as misinterprations of fact. He stated in email I do not see much to your claim and I provided you with details on the filing process.  April 17th I filed a request for a Commissioner lead charge and Jinny another employee filed it as an inquiry (contd.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking immediate relief of unlawful  warrant of search seizures to cease and desist. I am seeking immediate relief of any relocation cost as the Plantiff's home address did appear on the internet after a BCI check for employment. I am seeking that all past due balances on bills are paid  by the State Of Rhode Island for denial and tampering of prospective employment as well as denial of Unemployment Benefits. I further am asking the court to seize the plantiff's BCI information from any location or transfer and black out and seal, for saftey concerns. I am further seeking immediate removal of Etie- Lee Schaub Healthcare Attorney at the Rhode Island Attorney General's office for tampering with medical files and alowwing depiction in a file while Plantiff

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

was employed.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/05/2022

Signature of Plaintiff      /s/ Juliana Estime

Printed Name of Plaintiff    Juliana Estime

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

3. On April 11, 2022 I sent a letter to the White House, Cedric Richmond Office of Public Engagement . With every last date and correspondence letter, where I contacted 5 or more times to inquire about what was going on in the Federal Government. My complaint was not taken seriously because of my mental disability, while my allegations showed a serious need for Government employees to report. I heard on April 12, 2022 and no advice or offices were given. I made sure I took a picture of the mail I sent.

4. From sometime in February and video screen recording can show that I had contacted the Department of Justice Professional Responsibility office as well as the Top  administration and did not hear back at all. From retrieval from my cell phone provider logs, I can attest I was ignored, and not taken seriously. While I reported wrongful doing of law, I began to feel discouraged and mocked. I only have the emails I sent to the NSD public inbox.  Upon attempting to move on I saw a Legal Assistant at the Rhode Island  Federal Attorney's office, and received a test that wasn't listed on the application. I reported to OPM right away because of  the resemblance to a Law School Admissions Test that was not on the original job poster. I allege only I was given that test.  I retained HR assistant Jessica Aptt's response as untruthful.

5.  On February 12th, 2022 I reported to the FBI that someone used my email address, Julianaestime2012@gmail.com to create many eeoc inquiries, I believe that was an Employee at my former job. Fearful, I submitted FBI Tips, and retained a copy of this. As time went on my technology and devices started having issues. Face ID missing, slowing down. At one point I deleted several applications on my computer that I had never noticed. As I pleaded with the FBI no one responded, asking to take a look. Instead I was ignored and still I am being harassed. Given my condition I needed them to investigate but my case wasn't handled or anything. I went in through HR recruiters as well as FOIA and was told this was not the place.